U.S. DISTRICT COURT
FOR THE DISTRICT OF PENSYLVANIA
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

1- PLAINTIFF: IVAN MENDEZ

2- CASE NUMBER: 318-2001

3- DEFENDANTS: THIS CRIMINAL ORGANISATION

07-162

4- I'M THE PLAINTIFF UNDER 28 USC 1915, I'M UNABLE TO PAY THE COSTS OF THIS COMPLAINT.

5- ARE YOU CURRENTLY INCARCERATED: (YES)   NO

6- IF YES GIVE THE PLACE OF YOUR INCARCERATION: S.C.I. IN GEORGETOWN DE.

7- ARE YOU EMPLOYED AT THE INSTITUTION: YES (NO)

8- DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION: YES (NO)

FILED
MAR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

9- ARE YOU CURRENTLY EMPLOYED: YES (NO)

10- NAME AND ADDRESS OF EMPLOYER: MR. SAMMY CONGO, AT CONGO FUNERAL HOME, 2901 W., 2ND ST. WILMINGTON DE, 19805

11- TOTAL MONTHLY AMOUNT OF SALARY: $1,600 OR 2,000

12- DATE LAST EMPLOYED: OCT. OR NOV. OF 2000

13- TOTAL AMOUNT OF SALARY LAST RECEIVED: $1,600 OR 2,000

14- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS: YES (NO)

15- IF YES DESCRIBE EACH SOURCE OF MONEY:

16- DO YOU HAVE CASH, CHECKINGS OR SAVINGS ACCOUNT: YES (NO)

17- IF YES STATE THE TOTAL AMOUNT:

18- DO YOU OWN ANY VALUABLE PROPERTY: YES (NO)

19- IF YES DESCRIBE THE PROPERTY AND HIS VALUE:

20- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT: MY LOVELY FAMILY AND SOME RELATIVES.

21- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

22- DATE: 03/14/07

23- SIGNATURE: IVAN MENDEZ

(PAGE NUMBER ONE OF FOUR PAGES)

(1)   03/14/07

U.S. DISTRICT COURT
FOR THE DISTRICT OF PENSYLVANIA

1- PLAINTIFF: IVAN MENDEZ

2- CASE NUMBER: 518-2001

3- DEFENDANTS: THE CRIMINAL ORGANISATION

4- MOTION TO PROCEED IN FORMA PAUPERIS

5- COMES NOW THE PLAINTIFF, AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENT OF COSTS FOR THE FOLLOWING REASONS: FOR ANOTHER CIVIL RIGHTS COMPLAINT.

6- SIGNATURE: IVAN MENDEZ

7- PRINTED NAME: IVAN MENDEZ

8- ADDRESS: D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977

9- HOME PHONE NUMBER: N/A

10- BUSSINES PHONE NUMBER: N/A

11- CERTIFICATE OF SERVICE

12- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON: 03/14/07

13- TO: U.S. DISTRICT COURT

14- NAME: US DISTRICT COURT

15- ADDRESS: 844 N. KING ST. LOCKBOX 18, WILMINGTON DE. 19801

16- NAME:

17- ADDRESS:

18- SIGNATURE: IVAN MENDEZ

19- POINTS AND AUTHORITIES

20- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE, COURT RULES, LAWS AND CASES IF AND THAT SUPPORT YOUR REASONS. BECAUSE AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGALS AND LETTERS FROM YOU, DELAWARE, PENSYLVANIA AND WASHINGTON D.C.

21- SIGNATURE: IVAN MENDEZ

GENERAL REQUEST FORM

BLDG # S.H.U #18

CELL #, BL-3

(CINDY LANDER PAGE NUMBER THREE OR FOUR PAGES)

THIS ARE THE FORMS THAT I NEED:
(42 USC 1983) TWENTY CIVIL RIGHTS COMPLAINTS
(28 USC 2254) TWENTY HABEAS CORPUS PETITIONS
(148 200) TWENTY REQUESTS FOR MEDICAL RECORDS
(TWENTY APPLICATIONS IN FORMA PAUPERIS)
(TWENTY APPLICATIONS WITHOUT PREPAYMENT OF FEES)
(ALL THE PAPER THAT YOU WANT TO DONATE)

" THANKS AND GOD BLESS "

NAME: IVAN MENDEZ     S.B.I #453351     DATE: 03/14/07
DATE RECEIVED: _____     DAY TO LOG: _____
DATE SENT: _____     STAFF INITIALS: _____
STAFF NOTES: _____

03/14/07

D.C.C.

INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD

TO: MRS. TONYA SMITH
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE: 03/14/07

FROM: IVAN MENDEZ
_____INMATE NAME

———— I HEREBY CERTIFY ————

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915 (a)(2)
EFFECTIVE APRIL 26 1996, I'm REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE

28 USC 1746  AND  18 USC 1621