03/14/07

(I)

1:07-162

U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

(PAGE NUMBER ONE OF FOUR PAGES)

ARTHUR FRANKLIN

1- PLAINTIFF: IVAN MENDEZ
2- S.B.I. NUMBER: 453351
3- ADDRESS: D.C.C, 1181 PADDOCK RD. SMYRNA DE. 19977
4- CASE NUMBER: 316-2001
5- DEFENDANTS: THIS CRIMINAL ORGANISATION
6- LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS: AS YOU WOULD IT TOO, THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C. AND AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
7- IS THERE A PRISIONAL GRIEVANCES: (YES)  NO
8- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES: (YES)  NO
9- WHAT STEPS DID YOU TAKE: THE LEGAL STEPS AS YOU KNOW IT TOO.
10- WHAT WAS THE RESULT: NEGATIVE AS YOU KNOW IT TOO, ALL ABOUT IT.
11- NAME OF DEFENDANTS: THIS CRIMINAL ORGANISATION
12- EMPLOYED AS R: AS YOU KNOW IT TOO, ALL THEIR JOBS AND POSITIONS
13- ADDRESS: AS YOU KNOW IT TOO, ALL THE ADDRESSES
14- STATE BRIEFLY THE FACTS OF YOUR CASE: HONORABLE US. DISTRICT COURT, AS YOU KNOW IT TOO, ALL OF THE GROUNDS, FACTS AND EVERY THING CONCERNING THE OFFENSE I'M STILL WAITING AGAIN I BEEN ASKING FOR THE PAGES OF ALL OF MY LEGAL ROOMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C. AND AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR MOST ANSWERS. RANDOM STOLEN OR TAKEN FROM ME, AND CONCERNING ISSUES YOU THE ADDRESSES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BECAUSE IT'S LEFT ME DISABLE OF BOTH OF MY LEGS ASKING FOR THE REST OF MY LIFE AND DISABLED HURTED AND DAMAGED OR OTHER PARTS OF MY BODY AND YOU WOULD IT TO ALL ABOUT IT, AND SEND YOU THE DATES AND ADDRESSES OF THE X-RAYS OF BOTH OF MY LEGS, WHERE YOU CAN SEE THE PINS, SCREWS AND METALIC PLATES HOLDING MY BROKEN BONES OR BOTH OF MY RUN YOU WOULD IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAME AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I. WARRANT AND YOU WOULD IT TOO, ALL ABOUT IT, OFFICER BROWN WHITE # 651, OFFICER RAY WILSON # 566, OFFICER MIKE SANTOS # 561, OFFICER JOAO SANTOS # 628, OFFICER RUI FERREIRA 544 AND SGT WIZ ATTORNEY # 520.
OROEM CITY POLICE DEPT.
2161 LINCOLN AVE.
OGDEN UTAH, 84401

HIT AND RUN

OGDEN POLICE DEPT.
2549 WASHINGTON BLVD.
OGDEN UTAH, 84401

MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY.
NEW CASTLE DE, 19720

X-RAYS

ST FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 506
WILMINGTON DE, 19801

DELAWARE CORR. CENTER
1181 PADDOCK RD.
SMYRNA DE, 19977

07/14/04                                ON 10/14/20                           ON 04/21/04

4TH DISTRICT COURT
125 N. 100 W.
PROVO UTAH, 84601

D.U.I.

PROVO POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

BONNEVILLE JONZ
2205 MAIN ST.
APT. # 5
LOGAN UTAH, 84341

(PLEASE GO TO THE OTHER ONE)

15- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU: HONORABLE, U.S. DISTRICT COURT, AS YOU UNDERSTOOD, THIS INFORMATION.

16- I DECLARE UNDER PENALTY OF PURZURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

17- DATE: 03/14/07
18- SIGNATURE: IVAN MENDEZ

03/14/07
(III)

(DIAMOND NEIL
(Page number code of four pages)

INITIAL CRIME REPORT

Incident overview: Suspect caused serious physical injures by using a weapon and forcibly removing U.S.C. from the victim. Victim information: (Name: Reed Latisha M.) (Description of injuries: 2½ inches deep by 2½ inches wide laceration). Crimes and associated information: (1) escalation of minor weapon used; pocket knife.

Abdomen injuries: (2 cms long by 2½ cms deep laceration)

Reported sounds from incident during

All that claims is the knife that Ms. Latisha Reed would have I described as the knife that stabbed her.

Transcripts of proceedings for guilty plea

On my member, home amongst his possessions was found a knife which Mr. Reed would have indicated to be the knife that stabbed her.

Transcripts of proceedings for nature of defense at trial

But the description of the weapon used to stab her with, which it is indicated to be a two and a single inch blade that comes out, and is the object she state believes that was used to stab her. This victim took at that and believe thats the weapon used against her.

Transcripts of proceedings for sentencing

Documents: (unknown whole knives, large blade).

Reed's incident report

On Meadez living place among the items behind was a knife.

U.S. District court, answer

Supreme court, open

Alvarez counsel asserts that based upon a complete and careful examination of the record there are no arguably appealable issues Meadez, and not submit any issues to this court for its court consideration, the court must be satisfied that because counsel has made a conscientious examination of the record and the law for claims, the court must conducting own review of the record, the court has reviewed the record carefully, and the court is satisfied that Meadez counsel has made a conscientious report together the record.

State's response to Rule 26(C) brief

Alvarez counsel asserts that Defense counsel hasn't made a conscientious and careful examination of the record, this court must conduct its own review of the record. Defense counsel states," I have diligently searched the record including the complete transcript and Meadez" Meadez was not prepared any issues for review. Meadez have been unable to find any meritorious issue to address.

And as you know it 100% all of the statements grounds and facts and everything else.

I/M Ivan Mendes
SBI# 453351    UNIT S.H.U. #16
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
844 No. KING STREET
LOCKBOX 18
WILMINGTON, DE
19801

US POSTAGE $00.39
PITNEY BOWES
MAR 20 2007
MAILED FROM ZIPCODE 19977